# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 20-11407-AMC

ANDREA R. CROSS

268 DELMAR STREET

PHILADELPHIA, PA 19128

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ANDREA R. CROSS

  268 DELMAR STREET

  PHILADELPHIA, PA 19128

Counsel for debtor(s), by electronic notice only.

  JOHN L. MCCLAIN
  JOHN L MCCLAIN AND ASSOCIATES
  PO BOX 123
  NARBERTH, PA 19072-

Date: 8/9/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee