**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**  **Cross, Andrea R.** | **: Chapter 13** |
| | **:       20-11407** |
| **Debtor** | **:** |

**CERTIFICATE OF SERVICE**

    I certify that copies of the **Debtor's Response to the Motion for Relief** was served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on  <u>March 8, 2022</u>.

                <u>"/s/"Mitchell J. Prince</u>
                John L. McClain, Esquire
                Mitchell J. Prince, Esquire
                Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant