**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                         : **Chapter 13**
  **Cross, Andrea R.**
                                    :
     **Debtor**
                                   :   **20-11407**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the date shown below  a copy of NOTICE OF FILING OF

Motion to Modify Plan After Confirmation and Abate Plan Payments, Order and

Notice was served upon the parties listed below, all interested parties, the

standing trustee,  all creditors of the debtor at their addresses as shown in the

schedules accompanying the debtor's petition and from the claims docket by

mailing such copy by  first class, regular U.S. mail, postage prepaid or by

electronic means.

April 6, 2022

<u>/"s"/ Mitchell J. Prince, Esquire</u>
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Cross, Andrea R.
268 Delmar Street
Philadelphia, PA 19128