**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 13 |
| Cross, Andrea R. | : | |
| **Debtor** | : | 20-11407 |

**CERTIFICATE OF NO RESPONSE/OBJECTION**

    I certify that on April 6, 2022, I served by first class regular U.S. mail and/or electronic means, a copy of Debtor's Motion to Modify Plan and Abate Plan Payments After Confirmation, Order and Notice of Hearing to consider motion to all creditors listed on the matrix, claims docket and trustee. I further certify that at least 21 days have lapsed since such mailing and no objection to said motion has been received by this office.

Dated: April 29, 2022

                                      "/s/" Mitchell J. Prince
                                      John L. McClain, Esquire
                                      Mitchell J. Prince, Esquire
                                      Attorneys for debtors

JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. BOX 123
NARBERTH, PA 19072

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Cross, Andrea R.
268 Delmar Street
Philadelphia, PA 19128