**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: Chapter 13** |
| **Cross, Andrea R.** | **:** |
| | **: 20-11407** |
| **Debtor** | **:** |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify Confirmed Plan and Abate Plan Payments ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Modified Chapter 13 Plan (2nd Amended) is **APPROVED**.

Date: May 3, 2022

**Ashely M. Chan
U.S. BANKRUPTCY JUDGE**