**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Cross, Andrea R. | : |
| Debtor | |
| | : 20-11407 |

**CERTIFICATE OF SERVICE OF NOTICE OF FILING OF**
**SUPPLEMENTAL APPLICATION FOR APPROVAL OF COUNSEL FEES**

I certify that on the date shown below a copy of the SUPPLEMENTAL APPLICATION FOR APPROVAL OF COUNSEL FEES was served upon the debtor and the NOTICE OF FILING OF SUPPLEMENTAL APPLICATION FOR APPROVAL OF COUNSEL FEES was served upon the parties listed below, all interested parties and all creditors by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means.

June 2, 2022

/"s"/ Mitchell J. Prince, Esquire
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106


United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Cross, Andrea R.
268 Delmar Street
Philadelphia, PA 19128