United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Andrea R. Cross  
  Debtor

Case No. 20-11407-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 20, 2022      Form ID: pdf900      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea R. Cross, 268 Delmar Street, Philadelphia, PA 19128-4501 |
| 14478738 | + | Abington Health Physicians, 1200 Old York Rd., Abington, PA 19001-3720 |
| 14478742 | | Bryn Mawr Hospital, PO Box 784950, Philadelphia, PA 19178-4950 |
| 14478745 | + | CCPS - Bryn Mawr, 919 Conestoga Road, Bldg. Two STE 307, Bryn Mawr, PA 19010-1352 |
| 14558028 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14478752 | + | Freedom Mortgage Corp, Attn: Bankruptcy, PO Box 489, Mt Laurel, NJ 08054-0489 |
| 14486857 | | Freedom Mortgage Corporation, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14478753 | + | Jeanes Radiology Associates, PO Box 827275, Philadelphia, PA 19182-7275 |
| 14478754 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14478757 | + | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 14493457 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14478758 | | Roxborough Memorial Hospital, 5800 Ridge Ave., Philadelphia, PA 19128-1737 |
| 14478764 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 20 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2022 23:52:50 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14478739 | | Email/Text: amscbankruptcy@adt.com | Jul 20 2022 23:44:00 | ADT Security Services, PO BOX 650485, Dallas, TX 75265-0485 |
| 14478741 | | Email/Text: collectors@arresourcesinc.com | Jul 20 2022 23:44:00 | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422 |
| 14478740 | + | Email/Text: broman@amhfcu.org | Jul 20 2022 23:44:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14517263 | | Email/Text: megan.harper@phila.gov | Jul 20 2022 23:44:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14478743 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 23:42:29 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14478744 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 23:42:41 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14484530 | + | Email/PDF: ebn_ais@aisinfo.com | | |

Case 20-11407-amc    Doc 79    Filed 07/22/22    Entered 07/23/22 00:28:00    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: pdf900 | Total Noticed: 46 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Jul 20 2022 23:42:29 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14489838 | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 23:42:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14478746 | + Email/Text: bankruptcy@credencerm.com | Jul 20 2022 23:44:00 | Credence Resource Management, PO Box 2300, Southgate, MI 48195-4300 |
| 14478747 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2022 23:52:51 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14478765 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2022 23:53:01 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14478748 | + Email/Text: mrdiscen@discover.com | Jul 20 2022 23:44:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14478749 | + Email/Text: mrdiscen@discover.com | Jul 20 2022 23:44:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14495606 | + Email/Text: Bankruptcy@Freedommortgage.com | Jul 20 2022 23:44:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, ATTN.: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14478750 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 20 2022 23:42:41 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14478751 | + Email/Text: Bankruptcy@Freedommortgage.com | Jul 20 2022 23:44:00 | Freedom Mortgage Corp, Attn: Bankruptcy, PO Box 6656, Chicago, IL 60680-6656 |
| 14478755 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 20 2022 23:44:00 | Kohls/Capital One, Kohls Credit, PO Box 3120, Milwaukee, WI 53201-3120 |
| 14481008 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 23:42:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14478756 | Email/Text: mmrgbk@miramedrg.com | Jul 20 2022 23:44:00 | M2 Revenue Group, Dept. 77313, P.O. Box 77000, Detroit MI 48277-0313 |
| 14619863 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2022 23:52:55 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14481010 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 23:52:55 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14480867 | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2022 23:44:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14478759 | Email/Text: bncmail@w-legal.com | Jul 20 2022 23:44:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14478760 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 20 2022 23:44:00 | Tbom/atls/aspire, Po Box 105555, Atlanta, GA 30348-5555 |
| 14478761 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 20 2022 23:44:00 | Tbom/atls/fortiva Mc, Po Box 105555, Atlanta, GA 30348-5555 |
| 14499881 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 20 2022 23:44:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14478762 | Email/Text: bankruptcy@uscbcorporation.com | Jul 20 2022 23:44:00 | Uscb Corporation, Attn: Bankruptcy, PO Box 75, Archbald, PA 18403 |
| 14478763 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 20 2022 23:44:00 | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14478766 | + Email/Text: megan.harper@phila.gov | Jul 20 2022 23:44:00 | Water Revenue Bureau, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1663 |
| 14478767 | + Email/Text: bankruptcydept@wyn.com | Jul 20 2022 23:44:00 | Wynd Discvry, 10750 W Charleston Blvd, Las Vegas, NV 89135-1048 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: pdf900 | Total Noticed: 46 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14619874 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 22, 2022         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN L. MCCLAIN | on behalf of Debtor Andrea R. Cross aaamcclain@aol.com edpabankcourt@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **Chapter 13** |
| ANDREA R. CROSS | |
| Debtor | **Bankruptcy No.** 20-11407-AMC |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: July 19, 2022

_____
Honorable Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
ANDREA R. CROSS

268 DELMAR STREET

PHILADELPHIA, PA 19128